ALICE HOROWITZ, Appellant, *v.* NATHAN SCHEINKOPF, Respondent.

Supreme Court, Appellate Term, First Department, April 1, 1927.

**Landlord and tenant — action for rent — final orders in prior summary proceedings should have been considered to show existence of relation of landlord and tenant and that rent was due — judgment reversed.**

In this action for non-payment of rent, a judgment in favor of the defendant should be reversed where the court failed to give proper effect to two prior summary proceedings for non-payment of rent of the premises in question, since the final orders therein are not only conclusive as to the existence of the relation of landlord and tenant between the parties, but also show that some rent was due and unpaid.

APPEAL by plaintiff from judgment of the Municipal Court, Borough of Manhattan, First District, in favor of defendant.

*Sullivan & Klein* [*Eugene Bernard Sullivan* of counsel], for the appellant.

*Harris & Greenberg* [*Louis S. Harris* of counsel], for the respondent.

PER CURIAM. The court erred in failing to give proper effect to the two proceedings instituted in April, 1926, for the non-payment of the rent by defendant of premises in question. The final orders in those proceedings are conclusive as to the existence of the relation of landlord and tenant between the parties, the occupation of the tenant, the terms and nature thereof, and that some rent was due and unpaid.

Judgment reversed, with thirty dollars costs, and judgment directed for the plaintiff as prayed for in the complaint.

All concur. Present — LYDON, LEVY and CRAIN, JJ.